# EXHIBIT 1

# COFFEE COUNTY SHERIFF'S OFFICE

825 THOMPSON DRIVE--DOUGLAS, GA 31535
Phone: (912) 384-4227
Fax: (912) 384-7729

**Facility Admission Report**

| Booking # | Jacket# |
|---|---|
| 13574 | 10765 |

CHAVEZ, ANTONIO RAMOS

**Offender Name:** CHAVEZ, ANTONIO RAMOS
**Alias:**
**SSN:** 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
**Birth Place:** MEXICO
**Address:** 131 OSAR T LAN
**City:** ALMA
**State:** GA
**Zip Code:** 31950
**Home Phone:**
**Cell Phone:** (912) 347 - 4059

**Maiden Name:**
**Religion:**
**Date of Birth:** 02/20/1983
**Age:** 38
**Marital Status:** MARRIED
**# of Children:** 0
**Nationality:**
**US Citizen:** ☐
**Occupation:**

**Sex:** Male
**Race:** HISPANIC
**Height:** 5' 4"
**Weight (lbs.):** 160
**Other Features:**

**Hair Color:** BLACK
**Eye Color:** BROWN
**Complexion:** MEDIUM
**Build:**

**Arresting Authority:** COFFEE COUNTY SHERIFF'S OFFICE
**Arresting Officer:**
**Searching Officer:** BROWN
**Booking Officer:** CANTY, LINDA
**Book Date/Time:** 11/17/2021 08:25
**Last Rebook Date/Time:**
**Booking Assistant Officer(s)**

**Telephone Call:** NO
**Number Called:**
**Cell Assignment:** B8-B59 / B
**Classification:** FEDERAL INMATE
**County of Charge:**
**Billing Agencies:** US MARSHALL SERVICE

**Property Storage Location(s):** 099

### Contact Information

| Relation | Name | Address | Phone | Emergency |
|---|---|---|---|---|
| | | | | ■ |

### Current Charges

**Case #:**  **Case Bond Type:**  **Case Bond Amount:**

| Charge Case # | Charge Code | Counts | Charge Description | Citation/Control # | Charge Bond | Amount |
|---|---|---|---|---|---|---|
| | | 1 | FEDERAL INMATE | NONE | | $0.00 |

I certify that the above information is correct to the best of my knowledge.

Offender Signature

Staff Signature

Facility Admission Report printed for CHAVEZ, ANTONIO RAMOS
JailTracker ® Report Printed On 11/19/2021 16:49 by UserID 248

COFFEE COUNTY SHERIFF'S OFFICE
Page 1 of 1