```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF GEORGIA
                    WAYCROSS DIVISION

UNITED STATES OF AMERICA    )
                            )
          v.                )    CASE NO.
                            )    5:21-cr-00009-LGW-BWC-4
                            )
                            )
ANTONIO CHAVEZ RAMOS        )
a/k/a Tony Chavez           )
```

<u>UNOPPOSED MOTION FOR RELEASE WITH CONDITIONS</u>
<u>*WITHOUT HEARING OR FOR CASE TO BE HEARD IN BRUNSWICK*</u>

THE DEFENDANT, through undersigned counsel, and the Government as unopposed, petition the Court to set bail and release Mr. Antonio Chavez Ramos with conditions agreed upon and as this Court should deem fit and proper. <u>See</u> 18 U.S.C. § 3142.

The parties also respectfully request that the Court consider this motion without need for a hearing. Defendant's counsel will ensure that Mr. Chavez has a certified Spanish interpreter to review and agreed to all conditions of release. Should a hearing be required, the parties humbly request the opportunity to appear in virtually or in Brunswick instead of Waycross on December 9th.

In support of this Petition, Defendant states the following:

1.

The Defendant was arrested November 17, 2021, for allegations of conspiracy to commit mail fraud, conspiracy to engage in forced labor, forced labor, and conspiracy to commit money laundering under Indictment No. CR521-0009. Defendant is now incarcerated in the Coffee County Jail. The Defendant has remained in custody since November 17, 2021, with no bond on the instant charges. The Government has confirmed with ICE Enforcement Operations that the ICE detainer currently lodged against Mr. Chavez will be removed if the Court issues release in the criminal matter.

2.

Mr. Chavez has extensive ties to the community, where he has lived for over 10 years. He lives in Alma, Georgia, with his wife and three children, in a home that he and his family owns (See Exhibit A). His son Luis David is 29 years old and owns an auto repair shop in the community that provides their household income (See Exhibit B). Mr. Chavez also has a 10-year-old and 9-year-old son and daughter who attend school in the area. (See Exhibit D). Mr. Chavez's family are known and respected in the community, and they attend church weekly and are part of a prayer group. (See Exhibit C). He has no prior felony charges or arrests.

3.

The agreed-upon conditions for release are as follows:

1. $50,000 signature bond;
2. Report to pretrial services as directed by the supervising officer;
3. Surrender any passport to the supervising officer;
4. Obtain no passport;
5. Abide by the following restrictions on personal association, place of abode, or travel: Travel restricted to the Southern District of Georgia/ Northern District of Georgia;
6. Avoid all contact with any potential witness, victim, or codefendant in the investigation;
7. Refrain from possessing a firearm, destructive device, or other dangerous weapon;
8. Refrain from excessive use of alcohol;
9. Report as soon as possible to the supervising officer any contact with law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

4.

As the U.S. Supreme Court has held: "In our society liberty is the norm, and detention prior to trial or without trial is the carefully limited exception." United States v. Salerno, 481 U.S. 739, 755 (1987). "The Bail Reform Act, which governs the pretrial release or detention of defendants, creates a rebuttable presumption in favor of releasing defendants on bond pending trial..." United States v. Hidalgo, No. 7:14-CR- 48 HL, 2015 WL 570012, at *3 (M.D. Ga. Feb. 11, 2015).

Under 18 U.S.C. § 3142(e), a court may order a defendant detained pending trial upon motion by the Government only "[i]f, after a hearing pursuant to the provisions of subsection (f)... the judicial officer finds that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of any other person and the community."

WHEREFORE, the Defendant requests that the Court hear Defendant's Petition for Bond on December 9, 2021, at which time the Defendant may introduce evidence in support of his bond motion.

Respectfully submitted, this 8th day of December, 2021.

Respectfully submitted,

*/s/ Jessica K. Stern*
JESSICA K. STERN
Georgia State Bar No. 107308
ATTORNEY FOR ANTONIO CHAVEZ RAMOS

STERN Law, LLC
1100 Spring Street NW
Suite 400
Atlanta, GA 30309
(404) 990-4112
(404) 990-4936 (f)
Jessica@sternlawfirm.us

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served the foregoing filing into this District's ECF System, which will automatically forward a copy to all counsel of record in this matter.

This the 8th day of December, 2021.

                                        /s/ Jessica K. Stern
                                        JESSICA K. STERN
                                        Georgia State Bar No. 107308
                                        ATTORNEY FOR ANTONIO CHAVEZ RAMOS

STERN Law, LLC
1100 Spring Street NW
Suite 400
Atlanta, GA 30309
(404) 990-4112
(404) 990-4936 (f)
[Jessica@sternlawfirm.us](mailto:Jessica@sternlawfirm.us)