Return to:
Fred R. Kopp
Attorney at Law
Post Office Box 785
Alma, Georgia 31510
File No.: 16-2008

DOC# 001322
FILED IN OFFICE
10/26/2016  02:45 PM
BK:541  PG:148-149
SHERRY TILLMAN
CLERK OF COURT
BACON COUNTY

*Sherry Tillman*

REAL ESTATE TRANSFER TAX
PAID: $65.00

## WARRANTY DEED

**STATE OF GEORGIA**

**COUNTY OF BACON**

THIS INDENTURE made this the 25th day of October, 2016, between RICHARD THOMAS MCLAUGHLIN (hereinafter called "Grantor") and ANTONIO CHAVEZ RAMOS and LUIS DAVID CHAVEZ CONTRERAS, (hereinafter called "Grantee").

(The words "Grantor" and "Grantee" shall include their respective heirs, successors, and assigns, where the context requires or permits, and shall include the singular and plural, and the masculine, feminine, and neuter, as the context requires.)

**WITNESSETH:**

That Grantor, for and in consideration of the sum of One Dollar and other good and valuable consideration, in hand paid at and before the sealing an delivery of these presents, the receipt whereof is hereby acknowledged, has granted, bargained, sold aliened, conveyed, and confirmed, and by these presents does grant, bargains, sell, alien, convey and confirm unto the said Grantee, a Fee Simple Interest in and to the following described property, to wit:

All that tract or parcel of land lying and being 3.00 acres, more or less, in Land Lot 227, 5th Land District of Bacon County, Georgia and being more particularly described on that certain plat of survey prepared by Martin Surveying and Mapping, dated October 19, 2016 and recorded in Plat Cabinet A, Slide 60D2 in the office of the Clerk of Superior Court of Bacon County, Georgia; said plat is incorporated herein for the purpose of this description.

Tax Assessor's MAP #: Portion of 042 227 024.

FRED R. KOPP, P.C.
ATTORNEY AT LAW
409 WEST 16th STREET     P.O. BOX 785   ALMA, GEORGIA 31510     (912)632-6812  FAX: (912)632-7900