**Defense Exhibit C**

**Kevin Eason**

373 Mesquite Rd
Alma, GA 31510
912-632-8816

November 22, 2021

To Whom It May Concern,

My name is Kevin Eason. I was born and have lived most of my life in Alma, Georgia. I have a wife of 25 years and 2 adult children. My daughter is currently enrolled in Chiropractic School. My son has worked with me in my independent insurance agency for the past 7 years. I have served on the Bacon County School Board and I currently serve on several Ag related advisory boards.

I opened my insurance agency in Alma in 2011 and currently employ 5 people. I employ 6 full time employees in my Agriculture related business.

I have known Antonio "Tony" Chavez for 11 years. I first met Tony when I rented him a home to live in while he was in Alma picking blueberries for a friend of mine and later began helping me with my harvest. Through the years I rented him and his co-workers many homes during the Georgia blueberry season. I exited the rental business several years ago but have continued a relationship with Tony and his family.

Most recently I helped Tony's son David with insurance on his new tire business located in Alma. Tony is well respected by his peers in the community. Through the years I have done business with Tony and found him to be very honest and trustworthy.

Sincerely,

Kevin Eason

# Saint Frances of Rome Catholic Church

1497 12th St Alma GA 31510

PO box 330 Baxley GA 31515

912.366.0238

Alma Georgia, November 19, 202

**Subject:** Affidavit Letter of Support for ANTONIO CHAVEZ

Dear Judge,

I am Fr. Rafael Estrada, a Priest for the Catholic Diocese of Savannah, Pastor of Saint Frances of Rome Catholic Church in Alma GA. My address is 425 Lakeview Dr Baxley GA 31513.

I am writing this letter to confirm that I have known Antonio Chavez since 2015, a year he joined our church. Antonio Chavez lives at 131 Oscar T Ln Alma GA 31510.

Antonio Chavez is a practicing Catholic. He was baptized in Oaxaca, in Mexico and raised in the Catholic Faith. He moved to Alma in 2016 and joined our congregation. Since becoming a member, Antonio has been very instrumental to the live of our Church. Mainly, He volunteers whenever is needed as well as helps with generous contributions to our youth programs and other feasts of our church calendar, one of them, our biggest celebration of the year, Our Lady of Guadalupe. Antonio Chavez has shown to be a good and respectful parishioner with a great heart for the poor and the needs of others.

Antonio practices our Catholic Faith accordingly. He is well know in their community and is a good example of hard work, respect for the Law of the United States and commitment to his wife Ernestina and his three children: David (19), Henry(10) and Yarely Chavez(9 years).

In addition, I assure that the content of this letter is true and reflect my character opinion of Antonio Chavez known throughout these years. If additional information is needed, please contact me at 706-631-5904 and such information will be provided.

Sincerely

Fr. Rafael Estrada M. Pastor

Sworn to and subscribed before me:

_____
Notary Public