IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. |
| | ) | 5:21-cr-00009-LGW-BWC-4 |
| | ) | |
| | ) | |
| ANTONIO CHAVEZ RAMOS | ) | |
| a/k/a Tony Chavez | ) | |

<u>MOTION FOR NAMES OF UNINDICTED
CO-CONSPIRATORS AND BRIEF IN SUPPORT</u>

COMES NOW Defendant Antonio CHAVEZ Ramos, by and through undersigned counsel, and hereby files this Motion for the Names of the Unindicted Co-conspirators.

The grand jury issued a multi-count indictment in October 2021. Mr. Chavez is charged in Count One – Conspiracy to Commit Mail Fraud, 18 U.S.C. § 1349; Count Eight – Conspiracy to Engage in Forced Labor, 18 U.S.C. § 1594(b); and Count Fifty-Three – Money Laundering Conspiracy, 18 U.S.C. § 1956(h). Count One, in paragraphs 39 and 63, alleges that Mr. Chavez committed this crime with all twenty-three (23) other co-Defendants and "others known and unknown to the Grand Jury…'.

Defendant suggests that he is entitled to the names of all alleged co-conspirators whose identities are known to the government. He asks that the Court direct the government to provide him with these names as soon as practicable. It is "not uncommon" for trial courts to require that the prosecution disclose the names of such persons to assist the defendant in his or her trial

preparation.  <u>United States v. Barrentine</u>, 591 F. 2d 1069 (5th Cir. 1979).  <u>See</u> <u>also</u> <u>United States v. Anderson</u>, 799 F. 2d 1483 (11th Cir. 1986).

On occasion the government takes the position that the names of unindicted co-conspirators are located in the rule 16 discovery materials.  However, Defendant should not be required to hunt and search through hundreds of millions of pages of discovery to obtain this information.  According to Attorney Russ Aoki, appointed as discovery coordinator, "The discovery in this case is more complex and equal to only one other in volume" than any other case he has coordinated discovery for. August 16, 2023 Hearing Transcript, Motion to Identify Government's Case-in-Chief.  Mr. Chavez suggests that the Court should direct the prosecution to specifically identify all unindicted co-conspirators whose identities are known.

Dated: This 15th day of December, 2023.

*/s/ Jessica K. Stern*
JESSICA K. STERN
Georgia State Bar No. 107308
ATTORNEY FOR ANTONIO CHAVEZ RAMOS

STERN Law, LLC
1100 Spring Street NW, Suite 400
Atlanta, Georgia 30309
404-990-4112; Fax 404-990-4936
jessica@sternlawfirm.us

CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing filing into this District's ECF System, which will automatically forward a copy to counsel of record in this matter.

Dated: This 15th day of December, 2023.

>  /s/ Jessica K. Stern
> JESSICA K. STERN
> Georgia State Bar No. 107308
> ATTORNEY FOR ANTONIO CHAVEZ RAMOS

STERN Law, LLC
1100 Spring Street NW, Suite 400
Atlanta, Georgia 30309
404-990-4112; Fax 404-990-4936
jessica@sternlawfirm.us