IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 5:21-CR-09-4 |
| | ) | |
| ANTONIO CHAVEZ RAMOS, | ) | |
|     a/k/a, Tony Chavez | ) | |

## UNITED STATES' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR LEAVE TO FILE ADDITIONAL MOTIONS AND/OR MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE

The United States opposes Defendant Antonio Chavez Ramos's Motion for Leave to File Additional Particularized Pretrial Motions and/or Motion to Continue Pretrial Motions Deadline. Doc. 796. Although mindful of the amount of discovery in this case, the United States is equally mindful of the interests in ensuring the case progresses appropriately. Defendant's proffered reasons do not support additional delay in this case.

First, Defendant has had ample opportunity to review the discovery in this case. There is no dispute that the United States has produced a massive amount of discovery in this case. Between April 2022 and April 2023, the United States produced over fifteen terabytes of discovery in multiple productions. Although the discovery is massive, it is not an unorganized data dump leaving Defendant to wonder what it all means. Rather, it is organized by seizing and producing agency, by category or type of evidence, by individuals, and by H-2A petitions. With respect to documents and devices seized from individual defendants, the discovery is organized by defendant, bates stamped, and categorized. It is organized in a way to allow

Defendant to navigate and understand the evidence. Since April 2022, Defendant has been able to review the organized discovery produced in waves until the last production in April 2023. Defendant has had over a year and a half to review the various discovery productions and approximately eight months to review the discovery in full.

Second, in June 2022, the United States provided key evidence pertinent to Defendant Antonio Chavez Ramos, also referred to as "hot docs." This key evidence was provided to defense counsel through USAfx, the United States' secure cloud-based file-sharing platform. The key evidence produced consisted of law enforcement reports of witness interviews, phone frequent reports of Defendant's contacts with co-conspirators, transcripts of several intercepted phone calls, and documents that related to the death of a worker associated with Defendant. Defendant has had over a year to review his key evidence.

Third, since December 4, 2023, Defendant has had the United States' Eclipse Publish, a searchable discovery platform. This searchable discovery platform allows Defendant to search for any document that mentions his name. This discovery platform allows Defendant to easily navigate the relevant discovery for pretrial motions.

Finally, if Defendant cannot truly find or digest all the evidence that pertains to him as he claims, then Defendant can file out-of-time motions and establish good cause, as forth in Rule 12(c)(3). Not only does Rule 12(c)(3) provide this remedy, but

this Court also noted that it would consider requests to file individual out-of-time motions for good cause shown. *See* Doc. 721.

Therefore, the United States respectfully requests that Defendant Antonio Chavez Ramos's Motion for Leave to File Additional Particularized Pretrial Motions and/or Motion to Continue Pretrial Motions Deadline be denied. Doc. 796. Defendant's proffered reasons do not support additional delay in this case.

JILL E. STEINBERG
UNITED STATES ATTORNEY

***/s/ Tania D. Groover***
Tania D. Groover
Assistant United States Attorney
Georgia Bar No. 127947
Post Office Box 8970
Savannah, Georgia  31412
Telephone: 912-652-4422
Facsimile: 912-652-4388
E-mail: tania.groover@usdoj.gov