IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTONIO CHAVEZ RAMOS,<br><br>Defendant. | CASE NO.: :5:21-cr-9-4 |

### ORDER

This matter is before the Court on Defendant Antonio Chaves Ramos' Motion for Leave to File Additional Particularized Pretrial Motions and/or Motion to Continue Pretrial Motions Deadline. Doc. 796. The Government has filed a Response In Opposition. Doc. 816. After careful consideration, the Court **DENIES** Defendant Antonio Chavez Ramos' request—at least to the extent Defendant requests an extension to file pretrial motions to April 1, 2024. The Court, however, will consider any request to file out-of-time motions on an individual, as-needed basis. Any such request should contain a detailed description of nature of the motion and an explanation as to why the motion could not have been made sooner.

The Scheduling Order in this case dated September 15, 2023, doc. 721, will remain the operative Scheduling Order at this time. Pursuant to the Scheduling Order, Defendant's Joint Status Report is due filed with the Court on or before January 12, 2024.

**SO ORDERED**, this 19th day of December, 2023.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA