**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION**

UNITED STATES OF AMERICA,

v.

CASE NO. 5:21-cr-9-4

ANTONIO CHAVEZ RAMOS,

Defendant.

**O R D E R**

On February 12, 2024, the parties filed their Joint Status Report.  Doc. 900.  In that Report, the parties state all pretrial motions have been satisfied or otherwise resolved. Accordingly, the Court **DENIES as moot** Defendant's motions, docs. 797-798, and docs. 811-813.  The Government has filed a Notice of Plea Agreement as to Defendant Antonio Chavez Ramos.  Doc. 879.  Defendant is scheduled to plead guilty to an Information (Case 5:24-cr-1) and the case is currently scheduled for an Initial Appearance and Arraignment before Judge Benjamin W. Cheesbro on February 27, 2024 at 9:00 a.m., Courtroom 1, Waycross Federal Courthouse, and a Change of Plea hearing before Judge Lisa Godbey Wood on February 27, 2024 at 11:00 a.m., Courtroom 1, Waycross Federal Courthouse.

**SO ORDERED**, this 15th day of February, 2024.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA