```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF GEORGIA
                      WAYCROSS DIVISION


UNITED STATES OF AMERICA      )
                              )
          v.                  )  CASE NOS.
                              )    5:24-CR-00001-LGW
                              )    5:21-cr-00009-LGW-BWC-4
                              )
ANTONIO CHAVEZ RAMOS          )
     a/k/a Tony Chavez        )
                              )
```

### MOTION TO WITHDRAW AS COUNSEL OF RECORD GIVEN SUBSTITUTION OF COUNSEL

COMES NOW, the undersigned counsel, JESSICA STERN, and hereby requests that the Court allow counsel to withdraw as counsel of record for Defendant in the instant proceedings, pursuant to LCrR 1B(f)(2) of the Local Rules of the Southern District of Georgia. In support of said motion, Counsel shows the following:

On March 22, 2024, Attorney Elizabeth Hildebrand Matherne of STERN Law, LLC entered her formal appearance as counsel for Mr. Chavez. Mr. Chavez retained STERN Law, LLC as his legal counsel in 2021. Ms. Hildebrand Matherne offered support as secondary counsel on the case to Attorney Jessica Stern, which included contact with Mr. Chavez and the U.S. Attorney's Office. STERN Law was acquired by a new owner in July 2023. Attorney Stern remained lead counsel for Mr. Chavez on a contract basis

with the Firm until February 27, 2024, whereafter her contract with the Firm was discontinued.

The Firm provided written notice to Mr. Chavez of the Firm's acquisition and transfer of case responsibility in July 2023. The undersigned provided notice to Mr. Chavez of her formal intention to withdraw on February 23, 2024, explaining the ending of her contract with the Firm. Mr. Chavez has no objection to Ms. Hildebrand Matherne continuing representation as lead counsel.

THEREFORE, in light of the foregoing, Counsel requests that she be allowed to withdraw as Respondent's counsel of record in light of the "new" counsel.

Dated: This 25th day of March, 2024.

Respectfully submitted,

/s/ Jessica Stern

JESSICA K. STERN
Georgia State Bar No. 107308

CrImmigration Experts, LLC
info@crimmigrationexpert.com

CERTIFICATE OF SERVICE

    This is to certify that I have this day served a copy of the foregoing filing into this District's ECF System, which will automatically forward a copy to counsel of record in this matter.

    Dated: This 25th day of March, 2024.

                                       Respectfully submitted,

                                       <u>/s/ Jessica Stern</u>

                                       JESSICA K. STERN
                                       Georgia State Bar No. 107308

CrImmigration Experts, LLC
info@crimmigrationexpert.com